# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE FAVELA SALAZAR,<br><br>    Petitioner,<br><br>  v.<br><br>W.L. MONTGOMERY,<br><br>    Respondent. | **Case No. CV 15-04178 R (RAO)**<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 3, 2016

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE